

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

# Memorandum of Interview

| Investigation #: |  | Location: | By Telephone |
|---|---|---|---|
| Investigation Name: |  |  | 213-819-1276 |
| Date: | March 31, 2011 |  |  |
| Time: | ~11:57 a.m. ~12:35 p.m. |  |  |
| Participant(s): | Kendrick Green, Borrower |  |  |
|  | Darline M Toussaint, IRS Special Agent |  |  |

On the above date and time, Kendrick Green telephoned Special Agent Toussaint. Green was previously interviewed by Special Agents Toussaint and Bailey (see memorandum of interview dated 3/29/2011). Green stated the following:

1. Green informed Special Agent Toussaint that he was calling to follow up on his interview and the subpoena that was served on him by the above Special Agents on 3/29/2011. Green stated that he was nervous during the interview, and that is why he did not want to answer questions regarding cashier's checks that he received as part of his purchase of the seven properties that the agents questioned him about.

2. Green stated that he became scared during the interview on March 29th, after agents started asking him questions about cashier's checks made payable to him.

3. During Green's bankruptcy in 2009, his bankruptcy attorney warned him that the issue of Green purchasing so many properties at one time may not be over and that individuals may have questions for him in the future regarding why he purchased the properties. Green did not know what his attorney meant at the time, but he remembered that conversation after his interview on March 29th.

4. Sometime after Green purchased the properties through           company, Green spoke to another buyer named Aaron Jones. Aaron Jones informed Green that he (Jones) was told by                   y that he (Jones) could take money/equity out of the properties that he purchased in order to make money. Aaron Jones also purchased properties at the Meade Avenue condominium complex.

5.                         informed Green that he did not need to wait to refinance the properties that he was purchasing at a later date, because the equity from the properties could be taken out during escrow.                   informed Green that the properties that he was purchasing already had equity in them and that Green could get cash out of the properties during escrow.

6. Green admitted receiving cashier's checks from                   . During the purchase of the seven properties,         gave Green approximately $70,000 in cashier's checks. Green asked         why       was providing him with cashier's checks instead of depositing the money into Greens bank account through escrow.           informed Green not to worry about it.         stated "don't you want the money?" and Green told J        that "yes" he did want the money.         told Green not to worry and that "we have everything covered." Green eventually decided that the purchases were a good investment and decided to purchase the properties.

7. Soon after Green closed escrow on the seven properties in San Diego, Green was approached by Dorita Edwards to invest in a property in Chicago. Green informed Special Agent Toussaint that Edwards approached him after she found out that Green had money

    from the above purchases and that he "had good credit."

8. Edwards informed Green that she knew a developer in Chicago, and that there was an opportunity for Green to invest in properties in Chicago and make additional money. Edwards informed Green that she was also going to be an investor in the properties with the developer in Chicago.

9. Green invested the approximately $70,000 that he received from _____ into the Chicago property, which was turned into a four unit rental. The total mortgage payment on the Chicago property was about $4,000 per month.

10. The debt on the Chicago property was discharged when Green filed for bankruptcy in 2009; however Green stated that he still has the Chicago property in his name.

11. The last time Green spoke with Edwards was sometime at the beginning of 2008. Edwards informed Green that she was thinking of moving to Chicago or Michigan. Edwards had previously mentioned to Green that she was from Chicago and has family in the Chicago area.

12.

13. Sometime at the beginning of 2008, Green attempted to telephone Edwards, but the telephone number was disconnected. Green informed Special Agent Toussaint that Edwards disappeared suddenly and that Edwards did not even give him a "heads up" that she was moving.

14.

I prepared this memorandum on March 31, 2011, after refreshing my memory from notes made during and immediately after the telephone contact from Kendrick Green.

                      Memorandum Author *[signature]*

                                          Darline M Toussaint
                                          IRS Special Agent