

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Conversation

| | | | |
|---|---|---|---|
| **Investigation #:** | | **Location:** | Call to 213-819-1276 |
| **Investigation Name:** | KENDRICK GREEN | | |
| **Date:** | April 17, 2012 | | |
| **Time:** | ~1:00 p.m. ~ 1:05 p.m. | | |
| **Participant(s):** | Darline M Toussaint, Special Agent | | |
| | Angela K Clark, Special Agent | | |
| | KENDRICK GREEN, Defendant | | |

On the above date and time, Special Agents Darline Toussaint and Angela Clark telephoned KENDRICK GREEN at the number listed above. GREEN had previously telephoned Special Agent Leticia Murillo to inquire about an arrest warrant that had been issued for GREEN. The following is a summary of the conversation:

1. GREEN informed the agents that he recently contacted an attorney, but has not yet retained the attorney or any other attorney to represent him. GREEN stated that he learned that there is a warrant out for his arrest.

2. GREEN informed the agents that he is in the process of obtaining a new job and he was concerned that the arrest warrant could hurt his opportunity to obtain the job. GREEN wondered if his potential employer could find out about this matter. The agents informed GREEN that they could not advise him on this issue, and that he should consult with an attorney.

3. The agents informed GREEN that per the summons that was served, GREEN has to appear at the San Diego United States District Court on Thursday, April 19, 2012 at 10:30 a.m. The agents explained that GREEN has to answer to an indictment charging him with various crimes relating to his involvement with properties that he purchased in San Diego, CA.

4. GREEN stated that he didn't do anything wrong and the banks have all the documentation regarding the properties that he purchased. The agents informed GREEN that they would not be getting into any particulars concerning this matter at this time, but if GREEN had any additional information to provide, he should work with an attorney and have them contact Assistant United States Attorney (AUSA) Christopher Alexander. GREEN stated that he had AUSA Alexander's contact information. The agents advised that GREEN and his attorney can schedule a meeting with the AUSA where we can discuss the matter further.

5. At the conclusion of the call, the agents reminded GREEN again that he must appear at the San Diego United States District Court on Thursday, April 19, 2012 at 10:30 a.m. GREEN stated that he understood this and he would be present in court on Thursday.

I prepared this memorandum on April 17, 2012, after the conversation with KENDRICK GREEN.

*[signature]*
Darline M Toussaint
Special Agent

*[signature]*
Angela K Clark
Special Agent