FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/23/2012

CATHERINE WHEELER MILLS, white female, date of birth
, Social Security Account Number (SSAN)
, Texas drivers license            , residence address
, Fort Worth, Texas, 76244, cellular telephone
was interviewed at the FBI Fort Worth Resident Agency, 2601
Meacham Boulevard, Suite 500, Fort Worth, Texas, 76137. MILLS was
advised of the identity of the interviewing agent and the nature of
the interview. MILLS then provided the following information:

The only thing MILLS
would need to qualify for the loan is a good credit score.

MILLS agreed to purchase 4 properties.

MILLS' does not remember many of the details of the investment due
to her circumstances at the time of the investment.

The only documentation that        requested from MILLS
was a verification of deposit from MILLS' bank. MILLS provided
that.

In 2007, MILLS worked for SEARS as a customer service
representative. She made approximately $1,500-$2000 per month.

MILLS has never worked as a contract loan processor
making $10,000 per month. She did not tell        anyone at APP,
that she made $10,000 per month and does not know why that would be
on the lo              r.

Investigation on  02/23/2012    at  Fort Worth, Texas

File #                    23                              Date dictated

by  SA Jonathan R. Schmidt:jrs                              055jrs01.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

BYW-RPRTS-000336

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___Catherine W. Mills_____ , On _02/23/2012__ , Page __2__

      MILLS has never heard of a CPA named Dennis Tapia. She did not know that he submitted a letter on her behalf stating that she had been self-employed from 2002-2006.

      MILLS was told that she would receive a $30,000 builder's credit after each closing to help pay for the mortgage and any other bills associated with each property until it was flipped.

      MILLS described her relationship with the following individuals as follows:

- 
- 
- 

- DORITA EDWARDS - Does not know her
- DONALD SHORE - Does not know him
- JAMES WARREN - Heard he owned all the condos that were purchased.
- SETH WARREN - Does not know him
- MAGGIE VELASQUEZ - Worked at APP office
- MELISSA WATT - Does not know her
- KIM VANDERFORD - Does not know her
- BYW CONSTRUCTION - Has never heard of them.

      Upon completion of the interview, MILLS voluntarily wrote a statement regarding her dealings with        APP. That statement will be attached to this FD-302.

BYW-RPRTS-000337

**Affidavit**

1. I, _Catherine W. Mills_ , state that:

2. I reside at _____ Fort Worth Tex 76244

3. I was told about these units

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15. When I seen how easy

16. the process was and all I needed was

17. my credit & I did the last four. We were

18. to keep them 3-6 months and then

19. there were buyers that were supposedly

20. lined up. After closing we continued to

21. pay we also were told that in order

22. for them to sell faster that we needed

23. to remodel so out of that money we

24. put new carpet paint and Appliances

25. in some of the units, but that was

Affiant's Signature _Cathy W. Mills_          Page _1_ of 3

BYW-RPRTS-000338

**Affidavit**

1. all handled through the Company
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

I have read the foregoing statement consisting of __3__ pages, each of which I have signed.   I fully understand this statement and it is true, accurate and complete to the best of my knowledge and belief.   I made the corrections shown and placed my initials opposite each.

I made this statement freely and voluntarily without any threats or rewards, or promise of reward having been made to me in return for it.

_Cathy W. Mills_
(Signature of affiant)

Subscribed to me before
this 23 day of Feb
20 12, at FWRA

_SA_
(Signature and title)

_SA Jonathan Schmidt_
(Print name and title)

_Jerry Ackerman (SA)_
(Witness signature and title)

_Jeremy Ackerman (SA)_
(Print witness name and title)

Page 2 of 3

BYW-RPRTS-000339

BYW-RPRTS-000340